UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| ALBEIRO ROPERO REMOLINA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:26-cv-00024-MPB-MG |
| | ) | |
| SANDRA SALAZAR Immigration Customs Enforcement and Removal Operations Chicago Field Office Director, in her official capacity, et al., | ) ) ) ) | |
| | ) | |
| Respondents. | ) | |

**Final Judgment**

The Court has granted the petition for a writ of habeas corpus. No later than **5:00 p.m. on February 4, 2026**, Respondents must either: (1) provide Petitioner with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its regulations; or (2) release Petitioner from custody under reasonable conditions of supervision. The Court now enters final judgment.

Date:  January 27, 2026

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

All Electronically Registered Counsel